IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRY C. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0864 |
| | ) | Judge Trauger |
| CRIMINAL JUSTICE CENTER, *et al*., | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On December 3, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 7), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby **ORDERED**:

1. The Clerk shall send the plaintiff a service packet (a blank summons and USM-285 form for defendant Brian Moore). THE PLAINTIFF IS FOREWARNED THAT HIS FAILURE TO RETURN THE SERVICE PACKET MAY RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE. Upon the return of a completed service packet, process shall issue to defendant Moore.

2. The claims against all other defendants in this case are **DISMISSED AS FRIVOLOUS** under 28 U.S.C. § 1915(e)(2).

Any appeal taken from this Report and Recommendation would not be in good faith under 28 U.S.C. § 1915(a).

It is so **ORDERED.**

Enter this 1st day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge