IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERRY C. COLEMAN )
) No. 3-10-0864
v. )
)
CRIMINAL JUSTICE CENTER, et al. )

O R D E R

By order entered February 1, 2011 (Docket Entry No. 12), the plaintiff's claims against all defendants except Brian Moore were dismissed, and the Clerk was directed to send the plaintiff a service packet to complete for defendant Moore. The plaintiff was emphatically warned that his failure to return the service packet could result in the dismissal of this case for failure to prosecute.

The Clerk mailed the February 1, 2011, order and service packet to the plaintiff by regular, first class mail and by certified mail. The green, return receipt card was returned on February 3, 2011, signed by Leslie Lang.

The plaintiff has not returned the service packet so that process can issue to defendant Moore.

If the plaintiff does not return the service packet to the Clerk by April 11, 2011, the Magistrate Judge will recommend that this case be dismissed for failure to prosecute.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge