IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRY C. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0864 |
| | ) | Judge Trauger |
| CRIMINAL JUSTICE CENTER, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 14, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 17), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** in its entirety pursuant to Rule 16(f)(1) and Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE. This Order shall constitute the judgment in this case.

It is so **ORDERED.**

Enter this 25th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge